SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar Number 5634
KARISSA D. NEFF
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Rose Tiffany Evans,<br><br>          Plaintiff,<br><br>     v.<br><br>United States Postal Service,<br><br>          Defendant. | Case No. 2:25-cv-00084-JAD-NJK<br><br>Order<br>**to Set a Pleading Schedule** |

   IT IS HEREBY STIPULATED by and between the parties, subject to the Court's approval, that the Court set the following schedule to file pleadings in this matter:

1. Plaintiff Rose Tiffany Evans shall file a complaint in this matter on or before May 23, 2025; and

2. Defendant United States Postal Service shall file its response to the complaint 30 days after Plaintiff's filing the complaint.

   Plaintiff seeks review of the Merit Systems Protection Board's ("MSPB") decision regarding her employment with the United States Postal Service (ECF No. 2). On January 14, 2025, this case was transferred from the United States Court of Appeals for the Federal Circuit to the United States District Court for the District of Nevada under 28 U.S.C. § 1631 (ECF No. 2). The petition for review, however, contains no complaint, nor has any complaint been filed before the District Court.

1

Accordingly, the parties request that the Court set the above-described pleading schedule.

Respectfully submitted this 19th day of March 2025.

SUE FAHAMI
Acting United States Attorney

/s/ Karissa D. Neff
KARISSA D. NEFF
Assistant United States Attorney

/s/ Tiffany Evans
Tiffany Evans
Pro Se Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 20, 2025

2