SIGAL CHATTACH
United States Attorney
District of Nevada
Nevada Bar Number 8264
KARISSA D. NEFF
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Rose Tiffany Evans,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>United States Postal Service,<br><br>　　　　Respondent. | Case No. 2:25-cv-00084-JAD-NJK<br>Order Granting<br>**Joint Stipulation Extension of Time to File Complaint**<br><br>**(First Request)** |

　　　Plaintiff Rose Tiffany Evans, and the United States Postal Service ("Federal Defendant"), through undersigned counsel, hereby stipulate and agree as follows:

　　　1. United States Court of Appeals transferred the case to the District of Nevada under 28 U.S.C. § 1631 on January 14, 2025 (ECF No. 2).

　　　2. The Court granted a stipulation between the parties setting a pleading schedule on March 20, 2025 (ECF No. 8).

　　　3. The current deadline for petitioner to file her complaint is May 23, 2025.

　　　Plaintiff (pro se) and Federal Defendant (through undersigned counsel), agree and stipulate that petitioner Rose Tiffany Evans' time to file her complaint shall be extended up to, and including June 23, 2025. Federal Defendant shall file its response to the complaint 30 days after Petitioner's filing the complaint.

The extension of time is necessary for petitioner Rose Tiffany Evans to obtain representation.

Respectfully submitted this 22nd day of May 2025.

SIGAL CHATTAH
United States Attorney

/s/ Karissa D. Neff                               /s/ Tiffany Evans
KARISSA D. NEFF                                   TIFFANY EVANS
Assistant United States Attorney                  Pro Se Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 23, 2025