SIGAL CHATTACH
Acting United States Attorney
District of Nevada
Nevada Bar Number 8264
KARISSA D. NEFF
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for Federal Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Rose Tiffany Evans,<br><br>    Petitioner,<br><br>    v.<br><br>United States Postal Service,<br><br>    Respondent. | Case No. 2:25-cv-00084-JAD-NJK<br><br>**Joint Stipulation Extension of Time to Respond to Complaint**<br><br>**(First Request)** |

Plaintiff Rose Tiffany Evans ("Plaintiff"), pro per, and the United States Postal Service ("Federal Defendant"), through undersigned counsel, hereby stipulate and agree that the time for Federal Defendant to respond to Plaintiff's complaint shall be extended from **August 4, 2025, up to and including, August 20, 2025**.

1. Per a stipulation and order granted by this Court, Plaintiff filed her complaint on July 3, 2025. ECF Nos. 12, 13.

2. Per the stipulation and order, Federal Defendant's response was to be filed 30 days later, making the response due August 4, 2025. ECF No. 12

3. The parties stipulate and agree that Federal Defendant's time to respond to Plaintiff's complaint shall be extended from **August 4, 2025, up to and including, August 20, 2025.**

1

The extension of time is necessary for Federal Defendant to coordinate with agency counsel to properly formulate a response due to staffing shortages. The extension is not requested for an improper purpose or undue delay.

Respectfully submitted this 1st day of August 2025.

SIGAL CHATTAH
Acting United States Attorney

/s/ Karissa D. Neff			/s/ Tiffany Evans
KARISSA D. NEFF			TIFFANY EVANS
Assistant United States Attorney	Pro Se Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 4, 2025