# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROSE TIFFANY EVANS,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

    Defendant.

Case No. 2:25-cv-00084-JAD-NJK

**Order**

[Docket No. 36]

Pending before the Court is Defendant's motion for an extension of time to answer Plaintiff's amended complaint. Docket No. 36. Plaintiff did not file a response.

For good cause shown, the Court **GRANTS** Defendant's motion. Docket No. 36. Defendant's deadline to respond to the amended complaint is **EXTENDED** to January 30, 2026.

IT IS SO ORDERED.

Dated: January 13, 2026

                                                                          Nancy J. Koppe
United States Magistrate Judge