**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSE TIFFANY EVANS, | Case No. 2:25-cv-00084-JAD-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 39] |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

Pending before the Court is Defendant's motion for an extension of time to answer Plaintiff's amended complaint. Docket No. 39. Plaintiff filed a notice of non-opposition to the motion. Docket No. 40.

For good cause shown, the Court **GRANTS** Defendant's motion. Docket No. 39. Defendant's deadline to respond to the amended complaint is **EXTENDED** to February 13, 2026.

IT IS SO ORDERED.

Dated: February 5, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1