**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSE TIFFANY EVANS, | Case No. 2:25-cv-00084-JAD-NJK |
| Plaintiff, | **Order** |
| v. | |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint discovery plan must be filed by February 23, 2026.

IT IS SO ORDERED.

Dated: February 17, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1