# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

Rose Tiffany Evans,

                Plaintiff,

    v.

United States Postal Service,

                Defendant.

Case No. 2:25-cv-00084-JAD-NJK

**Order Regarding Early Neutral Evaluation**

In preparation for the Early Neutral Evaluation scheduled for April 10, 2026, the parties are directed to email their Early Neutral Evaluation statements to Theresa_Guerra@nvd.uscourts.gov, and NOT to the email address specified in the order setting the Early Neutral Evaluation (ECF No. 48). The statements are still due by **4:00 p.m. on Friday, April 3, 2026.** All other portions of the order setting the Early Neutral Evaluation remain in effect.

**The Clerk of Court is kindly directed to SEND a copy of this order to Plaintiff at her address and to her email:** tiffanyevans6777@yahoo.com.

**IT IS SO ORDERED.**

DATED: March 31, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE